UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:23-CR-110** |
| vs. | ) | |
| | ) | |
| CLINTON CROSS PEREGOY CARR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant has filed a Motion to Continue [Doc. 21], averring that additional time is needed to review significant discovery which has already been received and outstanding discovery which counsel anticipates will be crucial to the case and will be required before filing any pretrial motions. The Motion further states that "lab reports for items crucially pertaining to the case are still pending; an expedited request was entered, but the labs are not back as of the time of this motion." The United States did not oppose the Motion.

Defendant's counsel has shown good cause to grant the relief requested. Despite counsel's diligence, additional time is needed to undertake the above tasks. As such, defense counsel's Motion to Continue [Doc. 21] is **GRANTED**.

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Given that this is the third continuance

of this matter, this Court is not likely to grant another request for continuance absent extraordinary and unanticipated circumstances.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **May 7, 2024, at 9:00 a.m.** <br> **Before Senior U.S. District Judge** <br> **J. Ronnie Greer** |
| Estimated length of trial | **3 days** |
| Defense Motions Due | **March 15, 2024** |
| Government Responses Due | **March 29, 2024** |
| Plea Deadline | **April 23, 2024** |
| Requests for Special Jury Instructions | **5 days before trial** |

If Defendant and the United States resolve this matter through plea negotiations, a fully executed plea agreement shall be filed on or before the plea deadline identified above and an exact copy shall be furnished simultaneously to the district judge's chambers. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED: /s/Cynthia Richardson Wyrick
United States Magistrate Judge