UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:23-CR-00110-1-JRG-CRW |
| | ) |
| CLINTON CROSS PEREGOY CARR | ) |

### ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 38], in which Judge Wyrick recommends the Court accept Defendant's guilty pleas to Counts One and Two of the Indictment [Doc. 11], adjudge him guilty of those charges, and order that he remain in custody pending his sentencing hearing. Neither party has filed an objection to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation, and the Court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty pleas, and Defendant is hereby **ADJUDGED** guilty of Counts One and Two of the Indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 30] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE