UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 2:23-CR-00110-1-JRG-CRW
)
CLINTON CROSS PEREGOY CARR )

## **ORDER**

This matter is before the Court on Defendant's Motion to Seal [Doc. 53] and the United

States's Motion for Leave to File Document Under Seal [Doc. 55]. The motions are **GRANTED**.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE